Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA MELLOR,<br>         Plaintiff,<br>vs.<br>TESLA MOTORS, INC.<br>         Defendant. | Case No. 2:24-cv-00959-DJA<br><br>**JOINT STATUS REPORT REGARDING ARBITRATION** |

Pursuant to this Court's order (ECF No. 15) dated March 13, 2025, the parties file the below Joint Status Report Regarding Arbitration.

1.      On September 9, 2024, the parties submitted a stipulation to stay this case and submit the claims to arbitration. ECF No. 9.  On September 12, 2024, this Court signed the parties' stipulation and ordered the case stayed pending resolution of arbitration. ECF No. 10.

2.      The Court's Order (ECF 15) required the parties to submit a joint status report on April 14, 2025.

3.      Plaintiff's Representations:

   a. Plaintiff's counsel, Ms. Holman, has contacted JAMS to initiate the arbitration process on several occasions and inquire about fees and costs.  This process included the initiation of the claim on the JAMS website, and when a certain window failed to appear, she was sent the assistance of the technology personnel to assist her.

   b. Ms. Holman was of the understanding that she was required to initiate this process.  However, she has already contacted opposing counsel as to this initiation of this process and intends to resolve this issue this week.

      c. Based on the foregoing circumstances, Plaintiff requests that the Court allow Plaintiff additional time to properly file the arbitration with JAMS.

4. Defendant's Representations:

      a. Defendant has no knowledge of Plaintiff's representations as to efforts to initiate arbitration with JAMS.

      b. Defendant does not waive any delays, rights, or defenses by submitting this Joint Status Report.

Dated this 14th day of April, 2025.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kristina S. Holman* | */s/ Deverie J. Christensen* |
| Kristina S. Holman, Bar #3742 | Deverie J. Christensen, Bar #6596 |
| 8275 S. Eastern Ave., Suite 215 | 300 South Fourth Street, Suite 900 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |