Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA MELLOR,<br><br>            Plaintiff,<br><br>        vs.<br><br>TESLA MOTORS, INC.<br><br>            Defendant. | Case No. 2:24-cv-00959-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

        Defendant Tesla, Inc.,[1] by and through its counsel, Jackson Lewis P.C., and Plaintiff Shauna

Mellor, by and through her counsel, Holman Law Office, pursuant to Fed. R. Civ. P. Rule

---

[1] Tesla Motors, Inc. no longer exists as it was consolidated with Tesla, Inc.

41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 28th day of October, 2025.

JACKSON LEWIS P.C.                          HOLMAN LAW OFFICE

*/s/ Deverie J. Christensen*                    */s/ Kristina S. Holman*
Deverie J. Christensen, Bar #6596          Kristina S. Holman, Bar #3742
300 South Fourth Street, Suite 900         8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89123

*Attorney for Defendant*                        *Attorney for Plaintiff*


## ORDER


Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees.  The Clerk of Court is kindly instructed to close this case.


_____
United States District Court/Magistrate Judge

Dated: _____

4935-8360-9717, v. 1