1  
2 Deverie J. Christensen  
  Nevada State Bar No. 6596  
3 **JACKSON LEWIS P.C.**  
  300 S. Fourth St., Suite 900  
4 Las Vegas, Nevada 89101  
  Tel: (702) 921-2460  
5 Email:  deverie.christensen@jacksonlewis.com  

6 *Attorneys for Defendant*  
  *Tesla, Inc.*  

7  

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA MELLOR, | Case No. 2:24-cv-00959-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TESLA MOTORS, INC. | |
| Defendant. | |

Defendant Tesla, Inc.,[1] by and through its counsel, Jackson Lewis P.C., and Plaintiff Shauna Mellor, by and through her counsel, Holman Law Office, pursuant to Fed. R. Civ. P. Rule

---

[1] Tesla Motors, Inc. no longer exists as it was consolidated with Tesla, Inc.

41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 28th day of October, 2025.

| JACKSON LEWIS P.C. | HOLMAN LAW OFFICE |
|---|---|
| */s/ Deverie J. Christensen* | */s/ Kristina S. Holman* |
| Deverie J. Christensen, Bar #6596 | Kristina S. Holman, Bar #3742 |
| 300 South Fourth Street, Suite 900 | 8275 S. Eastern Ave., Suite 215 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/29/2025

4935-8360-9717, v. 1